UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 08mj1734 |
| --- | --- | --- |
| Plaintiff | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | RELEASING MATERIAL WITNESS |
| John David Craig | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/**Magistrate Judge**, Leo S. Papas

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted**) / Case Disposed / Order of Court).

Rigoberto A. Posadas-Cruz

DATED: 6/11/2008

RECEIVED _____ DUSM

*(RECEIVED 2008 JUN 11 A 9:03 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA)*

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk

by /s/ K. Hammerly
Deputy Clerk
K. HAMMERLY