UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br>vs.<br>JOHN DAVID CRAIG<br>Defendant(s) | ) ) ) ) ) ) ) ) ) ) ) | 08CR1973-L<br>CRIMINAL NO. 08mj1734<br>ORDER<br>RELEASING MATERIAL WITNESS<br>Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

BRICEIDA MUNIZ-BANUELOS

DATED: 6/17/8

RECEIVED _____
         DUSM

OR

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk

**J. JARABEK**